# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Claudette Michelle Moore Lowery,

       Plaintiff(s),                         JUDGMENT IN A CIVIL CASE

vs.                                          3:06-cv-15-1-V

USA,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 7, 2006 Order.

**Signed: February 8, 2006**

Frank G. Johns, Clerk
United States District Court